# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| **JERRY B. JORDAN,**<br><br>　　　　　　　　　　**Plaintiff,**<br>　vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>　　　　　　　　　　**Defendant.** | **Case No. 8:21-cv-00380-TDC** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jerry B. Jordan and Defendant Washington Metropolitan Area Transit Authority, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

DATE: May 20, 2021

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JERRY B. JORDAN
　　　　　　　　　　　　　　　　　　　By counsel


　　　　　　　　　　　　　　　　By:　/s/ Thomas W. Farrington
　　　　　　　　　　　　　　　　　　　Thomas W. Farrington # 13168
　　　　　　　　　　　　　　　　　　　4204 Ambler Drive
　　　　　　　　　　　　　　　　　　　Kensington, Maryland 20895
　　　　　　　　　　　　　　　　　　　Phone: 301.461.6990
　　　　　　　　　　　　　　　　　　　Facsimile: 443.576.0571
　　　　　　　　　　　　　　　　　　　Tfarri8084@aol.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Jerry B. Jordan*

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel


By:   /s/ J. Douglas Cuthbertson
      J. Douglas Cuthbertson # 20266
      (202) 740-1845
      jdcuthbertson@wmata.com

      /s/ Neal M. Janey, Jr.
      Neal M. Janey, Jr. # 26800
      (202) 962-1067
      nmjaney@wmata.com

      Washington Metropolitan Area Transit
      Authority
      Office of the General Counsel
      600 Fifth Street, N.W.
      Washington, D.C. 20001
      (202) 962-2550 (fax)

## CERTIFICATE OF SERVICE

I certify that on May 20, 2021, a true and accurate copy of the foregoing was served on the following counsel of record via the Court's ECF system:

Thomas W. Farrington, Esq.
4204 Ambler Drive
Kensington, MD 20895


/s/ J. Douglas Cuthbertson
J. Douglas Cuthbertson # 20266